MATTEAWAN MANUFACTURING COMPANY, Appellant and Respondent, *v.* CHEMICAL BANK AND TRUST COMPANY, Respondent and Appellant, and THE MIDNIGHT MISSION, Appellant and Respondent.

(Argued April 30, 1936; decided July 8, 1936.)

*Orison S. Marden* and *Charles J. Fay* for plaintiff; appellant and respondent.

*Justus Scheffield, Philip A. Carroll* and *Jack D. Gunther* for Chemical Bank and Trust Company, defendant, respondent and appellant.

*Walbridge S. Taft, Malcolm S. Langford* and *Whitman Knapp* for The Midnight Mission, defendant, appellant and respondent.

Judgment modified to the extent that plaintiff's complaint against The Midnight Mission is dismissed, with costs in all courts to The Midnight Mission against the plaintiff, and the judgment otherwise affirmed, with costs to the plaintiff against Chemical Bank and Trust Company, and with costs to Chemical Bank and Trust Company against The Midnight Mission. No opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.